UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD POMPA, individually, on a representative basis, and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSO BROTHERS TRANSPORT, INC., a California Corporation; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | Case No. 2:17-cv-00522-JAM-GGH<br><br>**ORDER ON STIPULATION REMANDING ACTION TO SACRAMENTO SUPERIOR COURT** |

In connection with the above-captioned action ("Action"), the parties Plaintiff Richard Pompa ("Plaintiff"), and Defendant Russo Brothers Transport, Inc., ("Defendant"), by and through their undersigned counsel of record, submitted a stipulation to remand this Action to Sacramento Superior Court.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:**

This action is ordered remanded to the Sacramento Superior Court forthwith in accordance with the Parties' stipulation and agreement.

**DATED: 4/4/2017**

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge